UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| George Terrell Gibbs, | ) | C/A No. 0:12-99-JFA-PJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| United States of America; District of South Carolina, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff, George Terrell Gibbs, brings this action complaining that he was kept in prison for two days beyond what he should have been.[1] After his arrest in the Eastern District of North Carolina, he was returned to this District where his supervised release was revoked by United States District Judge Terry L. Wooten.

The Magistrate Judge assigned to this action[2] has prepared a thorough Report and Recommendation and opines that the complaint fails to state a claim upon which relief may be granted and should be dismissed. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on February 27, 2012. However, the

---

[1] The plaintiff has filed this action *in forma pauperis* under 28 U.S.C. § 1915.

[2] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

plaintiff failed to file objections and the deadline within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law and it is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

March 26, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge