AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| George Terrell Gibbs,<br>*Plaintiff*<br>v.<br>United States of America; District of South Carolina,,<br>*Defendant*s | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    0:12-cv-00099-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, George Terrell Gibbs, shall take nothing of the defendants; United States of America and District
of South Carolina; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the
complaint without prejudice.

Date:    March 26, 2012

*CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*